■ In the Matter of PETER L. CARR, Appellant, v NEW YORK STATE DIVISION OF PAROLE APPEALS UNIT, Respondent. [673 NYS2d 947] —Appeal from a judgment of the Supreme Court (Donohue, J.), entered November 21,. 1997 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the State Board of Parole denying petitioner's request for parole release.

Since petitioner has reappeared before the State Board of Parole and has been released on parole, this appeal is moot and should, therefore, be dismissed (see, Matter of Herrera v New York State Bd. of Parole, 246 AD2d 703; Matter of Figueroa v Le Fevre, 90 AD2d 625). Petitioner's assertion that this matter presents an exception to the mootness doctrine has been examined and found to be without merit.

Cardona, P. J., Mercure, Crew III, Yesawich Jr. and Carpinello, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.

■ In the Matter of CLYDE DOGGETT, Appellant, v PRE-RELEASE COMMITTEE OF CLINTON CORRECTIONAL FACILITY et al., Respondents. [673 NYS2d 947] —Appeal from a judgment of the Supreme Court (Feldstein, J.), entered October 6, 1997 in Clinton County, which, in a proceeding pursuant to CPLR article 78, dismissed the petition as untimely.

Petitioner, a prison inmate convicted of the crime of assault in the first degree, commenced this CPLR article 78 proceeding challenging respondents' denial of his application to participate in a temporary work release program. Supreme Court dismissed the proceeding as untimely. Inasmuch as this proceeding was not commenced until more than one year after the determination denying petitioner's application became final, we find that the petition was properly dismissed (see, CPLR 217). Accordingly, Supreme Court's judgment is affirmed.

Cardona, P. J., Mikoll, Crew III, White and Peters, JJ., concur. Ordered that the judgment is affirmed, without costs.